34 So.2d 867

**Tex CHURCHWELL v. STATE.**

**8 Div. 639.**

Court of Appeals of Alabama.
Feb. 3, 1948.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.

Affirmed.

35 So.2d 918

**James CLEMENTS v. STATE.**

**6 Div. 598.**

Court of Appeals of Alabama.
April 27, 1948.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.

Affirmed.

34 So.2d 867

**Claude CLEVELAND v. STATE.**

**8 Div. 603.**

Court of Appeals of Alabama.
Feb. 3, 1948.

A. A. Carmichael, Atty.Gen., for the State.

CARR, Judge.

Appeal dismissed.

32 So.2d 175

**CITY OF GADSDEN v. Thomas BUSH.**

**7 Div. 892.**

Court of Appeals of Alabama.
June 10, 1947.

W. G. Rains, of Gadsden, for appellant.

Roberts, Cunningham & Hawkins, of Gadsden, for appellee.

CARR, Judge.

Appeal dismissed on authority of City of Gadsden v. Haynie, ante, p. 159, 30 So.2d 908.

32 So.2d 175

**CITY OF GADSDEN v. Dewey (Pop) FRANKLIN.**

**7 Div. 893.**

Court of Appeals of Alabama.
June 10, 1947.

W. G. Rains, of Gadsden, for appellant.

Roberts, Cunningham & Hawkins, of Gadsden, for appellee.

HARWOOD, Judge.

Appeal dismissed on authority of City of Gadsden v. Haynie, ante, p. 159, 30 So.2d 908.